**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONALD KEVIN STORN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY,<br><br>Defendant. | 1:26-cv-03475-PKC<br><br>Hon. P. Kevin Castel |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that I, Daniel J. Thomson, am admitted to practice in this Court and appear as counsel for defendant Morgan Stanley in the above-captioned matter.

Dated: New York, New York
May 7, 2026

DAVIS POLK & WARDWELL LLP

By: *<u>/s/ Daniel J. Thomson</u>*
Daniel J. Thomson

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-3227
Facsimile: (212) 701-6227
daniel.thomson@davispolk.com

*Attorney for Defendant Morgan Stanley*